# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>GREGORY ATTERBERRY,<br><br>          Defendant. | Case No. 01-CR-217-1-JPS<br><br>**ORDER** |

   On May 8, 2017, Defendant filed a motion requesting early termination of his term of supervised release. (Docket #84). That term is scheduled to expire on August 31, 2017. The Probation Office submitted a memorandum in response to Defendant's motion, recommending that the motion be denied. (Docket #85). The Court agrees with the Probation Office that while Defendant's progress on supervision has been commendable, his career-offender status counsels against early termination. As such, the Court concludes that early termination of Defendant's supervised release is not warranted at this time. *See* 18 U.S.C. § 3583(e)(1) (permitting a court to terminate a term of supervised release if warranted by the defendant's conduct and in the interest of justice).

   Accordingly,

   **IT IS ORDERED** that Defendant's request for early termination of his term of supervised release (Docket #84) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge